■ HAROLD L. GOEFLICH et al., Appellants, v. MABEL F. JAFFA, Respondent.— Motion by appellants for the stay of an order conditionally granting their motion to vacate a default judgment of foreclosure and sale for $3,146.87, entered July 31, 1962, and for the stay of all proceedings under such judgment, pending appeal from the order. Motion granted on the following conditions: (a) that, within five days after entry of the order hereon, appellants shall file and serve an undertaking for $4,000, with corporate surety, to pay said judgment, the interest thereon, the Referee's and receiver's fees and disbursements, the costs incurred to date incident to the enforcement of the judgment and the costs of the appeal in the event said order be affirmed or in the event the appeal therefrom be dismissed; and (b) that appellants shall perfect and be ready to argue or submit the appeal on January 2, 1963 — for which date the appeal is ordered on the calendar. On the court's own motion, the appeal will be heard on the original papers and on the typewritten briefs of the respective parties. Appellants' brief shall contain a copy of the opinion rendered by the court below. Appellants are directed to file six copies and to serve one copy of their typewritten brief on or before December 17, 1962. Beldock, P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ (A) GEORGE F. FROMMUND, Respondent, v. JOSEPH BENENATI et al., Appellants. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Rabin, JJ., concur. (B) In the Matter of JOYCELYN HALL, Respondent, v. CARL HALL, Appellant. Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur. (C) DANIEL H. HARRIS, Respondent, v. ALBERT HARRIS et al., Appellants, et al., Defendants. Ughetta, Brennan, Hill and Hopkins, JJ., concur; Beldock, P. J., not voting.— [In each action] On the call of the calendar, appeal dismissed. There was no appearance for appellants, and appellants failed to comply with an order of this court, dated September 12, 1962, requiring them to perfect their appeal for the November 1962 Term.

(November 27, 1962)

■ DAPER REALTY, INC., Plaintiff, v. EMMA B. NICASTRI et al., Defendants.— Application by defendants, pursuant to section 132 of the Civil Practice Act, to vacate a provision contained in an order to show cause, dated November 23, 1962 and returnable November 29, 1962, which stayed defendants, pending the hearing and determination of a motion for a temporary injunction. Application denied. Ughetta, Acting P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.

THIRD DEPARTMENT, NOVEMBER, 1962

(November 2, 1962)

In decisions Nos. 1–3: Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.

■ (A) In the Matter of the Claim of JOSEPH D. GUTOWSKI, Appellant, v. JOHN FONDE et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (B) GENE HART, Appellant, v. LAKE VIEW COLONY ASSOCIATION, INC., Respondent. (C) EDWIN W. ARNOLD et al., Respondents, v. EXTERIOR CONSTRUCTION CORP., Appellant.— [In each action] Motions to dismiss appeals granted by default, without costs.